IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>REAL PROPERTY AND IMPROVEMENTS KNOWN AS 35 QUEENSLAND LANE NORTH, PLYMOUTH, MINNESOTA 55447,<br><br>         Defendant *in rem*. | CIVIL ACTION<br><br>NO. 1:20-cv-00613-LO-TCB |

## NOTICE OF APPEARANCE

Claimant, Casey Kirschner, hereby gives notice to the Court that Scott J. Pivnick, a member of the bar of this Court and attorney with the firm of Alston & Bird LLP, enters an appearance as counsel for Claimant, Casey Kirschner, in the above-captioned matter.

Respectfully submitted on this 6th day of July, 2020.

/s/ *Scott J. Pivnick*
Scott J. Pivnick
Virginia Bar No. 48022
Alston & Bird LLP
950 F St. NW
Washington, DC 20004
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
scott.pivnick@alston.com

*Counsel for Claimant Casey Kirschner*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused to be filed the above and foregoing Notice of Appearance with the Clerk of Court via the Court's ECF system which served a true copy on all counsel of record, via the ECF system.

This the 6th day of July, 2020.

/s/ *Scott J. Pivnick*
Scott J. Pivnick
Virginia Bar No. 48022
Alston & Bird LLP
950 F St. NW
Washington, DC 20004
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
scott.pivnick@alston.com

*Counsel for Claimant Casey Kirschner*