IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:20-cv-00613-LO-TCB |
| REAL PROPERTY AND IMPROVEMENTS KNOWN AS 35 QUEENSLAND LANE NORTH, PLYMOUTH, MINNESOTA 55447, | |
| Defendant *in rem*. | |

## VERIFIED CLAIM OF CASEY KIRSCHNER

COMES NOW Claimant Casey Kirschner through counsel and pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, and files this verified claim as follows:

1.     Plaintiff United States of America filed a verified amended complaint in the above-captioned matter seeking forfeiture of 35 Queensland Lane North, Plymouth, Minnesota 55447 ("Defendant Property").

2.     Claimant hereby makes claim as a legal and equitable owner of the Defendant Property alleged to be subject to forfeiture in the case as described above. I attest that my claim to the Defendant Property is not frivolous.

3.     I declare under penalty of perjury, as provided in 28 U.S.C. § 1746, that

the foregoing is true and correct.

Executed on:   *July 5, 2020*

*Casey Kirschner*

Casey Kirschner

Respectfully submitted on this 6th day of July, 2020.

/s/ *Scott J. Pivnick*
Scott J. Pivnick
Virginia Bar No. 48022
Edward T. Kang
*(Pro hac vice application forthcoming)*
Alston & Bird LLP
950 F St. NW
Washington, DC 20004
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
scott.pivnick@alston.com
edward.kang@alston.com

*Counsel for Claimant Casey Kirschner*

# **CERTIFICATE OF SERVICE**

I hereby certify that I caused to be filed the above and foregoing Verified Claim with the Clerk of Court via the Court's ECF system which served a true copy on all counsel of record via the ECF system.

This the 6th day of July, 2020.

/s/ *Scott J. Pivnick*
Scott J. Pivnick
Virginia Bar No. 48022
Alston & Bird LLP
950 F St. NW
Washington, DC 20004
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
scott.pivnick@alston.com

*Counsel for Claimant Casey Kirschner*