IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| REAL PROPERTY AND | )   Case No. 1:20-cv-613 |
| IMPROVEMENTS KNOWN AS | ) |
| 35 QUEENSLAND LANE NORTH, | ) |
| PLYMOUTH, MINNESOTA 55447, | ) |
| | ) |
| Defendant in rem. | ) |

## STIPULATION FOR SETTLEMENT AND JOINT MOTION FOR ENTRY OF A CONSENT ORDER OF SETTLEMENT

WHEREAS, on June 1, 2020, the United States filed the instant action, a civil complaint for forfeiture in rem, against the property listed in the case caption above ("subject property");

AND WHEREAS, the government subsequently sent direct notice of this forfeiture action with respect to the subject property to all known potential claimants who may have had an interest in the subject property, including claimant Casey Kirschner;

AND WHEREAS, on July 6, 2020, claimant Casey Kirschner filed a claim asserting an ownership interest in the subject property;

AND WHEREAS, on October 20, 2020, the parties filed a joint motion for an interlocutory sale of the subject property, which the Court granted;

AND WHEREAS, the subject property subsequently sold with net sales proceeds of $1,400,000;

AND WHEREAS, pursuant to the Court's order of June 9, 2022, $800,000 of the aforementioned $1,400,000 has been returned to claimant Casey Kirschner;

AND WHEREAS, the parties now desire to settle this action without further litigation or expense;

NOW THEREFORE, the United States and the claimant, through their respective counsel, hereby agree and stipulate to settle this action as follows:

1. The United States agrees to return to the Claimant the remaining $600,000 of the subject property.

2. The parties each agree to bear their own costs, to include attorney's fees.

3. The Claimant warrants that he has the legal authority to comply with the terms of this settlement and agrees to execute any and all documents necessary and to take all steps necessary to effectuate the intent of this settlement.

4. The Claimant hereby releases, forever discharges, and holds harmless the United States of America and their agencies, officers, attorneys, agents, servants, employees, successors and assigns from any and all claims, demands, damages, causes of action or suits, of whatever kind and description, and wheresoever situated, which it and its assigns, or any third party ever had, now have, or may have in the future in connection with the investigation into, encumbering of, seizure of, interlocutory sale of, and forfeiture of the subject property.

5. The parties hereby move the Court for the entry of the attached consent settlement order.

                Respectfully submitted,

                JESSICA D. ABER
                UNITED STATES ATTORNEY

By:     /s/ Kevin Hudson
                Kevin Hudson
                Assistant United States Attorney
                Attorney for the United States
                721 Lakefront Commons, Suite 300
                Newport News, VA 23606
                Office Number: (757) 591-4000
                Email Address: kevin.hudson@usdoj.gov

                CASEY KIRSCHNER
                CLAIMANT

By:     /s/[1]
                J.D. Thomas
                Counsel for Casey Kirschner
                Barnes & Thornburg LLP
                827 19th Avenue, Suite 930
                Nashville, Tennessee 37203
                Office Number: (615) 852-6446
                Email Address: jd.thomas@wallerlaw.com

---

[1] Signed with permission given via e-mail at 3:54pm on May 19, 2023.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of May, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of the filing (NEF) to all counsel of record.

By:       /s/ Kevin Hudson
        Kevin Hudson
        Assistant United States Attorney
        Virginia State Bar No. 81420
        Attorney for the United States
        721 Lakefront Commons, Suite 300
        Newport News, VA 23606
        Office Number: (757) 591-4000
        Facsimile Number: (757) 591-0866
        Email Address:  kevin.hudson@usdoj.gov